STATE OF INDIANA v. ADAMS.

[No. 0-370. Filed April 29, 1954.]

*Frank Adams, pro se.*

PER CURIAM—The petitioner, appearing *pro se,* files under the above entitled caption what he designates as a verified motion for writ of mandate. He therein requests this court to mandate the Johnson Circuit Court to rule on his verified motion for writ of error *coram nobis,* which he alleges he filed in that court.

We think we need not notice the many defects in the motion for writ of mandate. (See Rule 2-35.) Since it appears that the Johnson Circuit Court had ruled on said petition for writ of error *coram nobis* before the motion for writ of mandate was filed in this court, the said motion, involving as it does a moot question, should be and it is hereby denied.

NOTE.—Reported in 118 N. E. 2d 893.